# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SABRINA BELLEMSIEH,<br><br>    Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>    Defendant. | Civil Action No. |

## AFFIDAVIT OF VALERIA COMETTO

I, Valeria Cometto, hereby state as follows:

1. I am over the age of eighteen, competent to make the statements below and have personal knowledge of the information described below.

2. I am employed by Delta Air Lines, Inc. ("Delta") as Assistant General Counsel.

3. Delta is a Delaware corporation, incorporated in Delaware, with its principal place of business at Atlanta, Georgia. Delta is listed and trades on the New York Stock Exchange as DAL. It is not a citizen of the Commonwealth of Massachusetts.

4. I give this affidavit freely and voluntarily, and the statements made by me in this affidavit are true to the best of my professional and personal knowledge.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 14 DAY OF NOVEMBER 2025:

_____
Valeria Cometto

## CERTIFICATE OF SERVICE

    I hereby certify that on November 26, 2025, a true and accurate copy of the foregoing document was served on Plaintiff's counsel of record by email and first class mail, postage prepaid upon counsel of record for Plaintiff, as follows:

> Philip M. Giordano, Esq.
> Julian A. Frare, Esq.
> Taylor M. Gould, Esq.
> Giordano & Company, P.C.
> Reed & Giordano, P.A.
> One McKinley Square, Sixth Floor
> Boston, MA 02109
> pgiordano@reedgiordano.com
> jfrare@reedgiordano.com
> tgould@reedgiordano.com

>     */s/ Lisa Stephanian Burton*
>     Lisa Stephanian Burton

93442909.v2-OGLETREE